STATE, Respondent, v. BUTTS, Appellant.

(160 N. W. 1006.)

(File No. 4003.   Opinion filed January 20, 1917.)

**Appeals—Delay in Prosecuting—No Brief Filed—Abandonment—Affirmance.**

Where certified copy of notice of appeal was filed in March, the record having been settled prior to taking appeal, and appellant filing no brief before the following January, appeal will be deemed abandoned and judgment affirmed.

Appeal from Circuit Court, Marshall County.   Hon. THOMAS L. BOUCK, Judge.

Proceedings by the State against W. M. Butts.   From a judgment for plaintiff, defendant appeals.   Affirmed.

*Otto L. Kaas,* for Appellant.

*Clarence C. Caldwell,* Attorney General, for the State.

McCOY, J.   A certified copy of notice of appeal having been filed in this court by defendant, appellant, on the 23d day of March, 1916, and the record having been settled prior to the taking of such appeal, and appellant having filed no brief, the said appeal is therefore deemed abandoned, and the judgment appealed from is affirmed.